VERNON ASSOCIATES, INC., Appellant, v. THE VILLAGE OF SCARSDALE, Respondent.— In an action to recover immediate possession of real property and for the discontinuance and removal of a sewer, order denying plaintiff's motion to strike out the answer as sham and frivolous affirmed, with ten dollars costs and disbursements. (See *Fleischer* v. *Terker*, 259 N. Y. 60.) Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

WATER RIGHT AND ELECTRICAL COMPANY, INC., and Another, Respondents, v. ROCKLAND LIGHT AND POWER COMPANY, Appellant.— Appeal by the defendant from a judgment of the Supreme Court, entered after trial of the special issues raised by the second affirmative defense contained in the defendant's answers, in favor of the plaintiffs and against the defendant, adjudging that the second affirmative defense be dismissed on the merits, dismissed, without costs. The purported judgment must be regarded as a nullity. (*Valentine* v. *Perlman*, 216 App. Div. 548; *Lowe* v. *Lowe*, 265 N. Y. 197, 202.) The case is remitted for trial of the remaining issues presented by the pleadings. While it may be that the second affirmative defense, as pleaded, was established by the proof and is a complete defense, the record is not here in such shape that this action may be finally determined. A consideration of the merits may be had only on the entry of a final judgment which adjudicates all the issues raised by the pleadings. Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ., concur.

MARY E. ZEBLEY, Respondent, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Action to recover on a policy providing for the payment of $10,000 upon proof of death by accidental means. Judgment reversed on the law and the facts and a new trial granted, costs to abide the event, on the ground that the verdict of the jury is against the weight of the evidence. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

ISIDORE ZWILLING, Respondent, v. JOHN HARRISON and Others, Appellants.— Plaintiff, while a passenger in a Ford sedan, owned and operated by his daughter — defendant Bertha Seligman — was injured when the Ford car collided with a two and a half ton truck owned by defendant Silver Rod Stores, Inc., and operated by defendant Harrison. Separate appeals by defendants from a judgment in plaintiff's favor and from an order denying their motions to set aside the verdict. Judgment and order affirmed, with costs. No opinion. Young, Carswell, Tompkins and Johnston, JJ., concur; Lazansky, P. J., concurs except as to defendant Seligman, as to whom he dissents on the ground that there was no proof that she was guilty of negligence.

RALPH CHRISTIE, an Infant, by DELBERT CHRISTIE, His Guardian ad Litem, and DELBERT CHRISTIE, Respondents, v. ADOLPH A. PUPPA, Appellant.— On argument, judgment as to plaintiff Ralph Christie unanimously affirmed, with costs. Judgment as to plaintiff Delbert Christie reversed on the facts and a new trial granted, costs to appellant to abide the event, unless within five days from the entry of the order herein said plaintiff stipulate to reduce to $100 the amount of the verdict rendered in his favor; in which event the judgment, as so reduced, is unanimously affirmed, without costs. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

STEPHEN ACUNTO, Appellant, v. MARIE WIGGINS, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.